# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-41031

MARY LYNCH,

Plaintiff-Appellee,

versus

TEXAS DEPARTMENT OF TRANSPORTATION,
EMMITT VENABLE, and ANN MARRS,

Defendants-Appellants.

Appeal from the United States District Court
for the Eastern District of Texas

(6:96-CV-871)

September 4, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Defendants-Appellants appeal an adverse judgment on jury verdict in the action by Mary Lynch. Having considered the briefs and oral arguments of counsel, and pertinent parts of the record, and finding no reversible error, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.